**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **AIDA CRESPO** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  22-2059** |
| | : | |
| **WELLS FARGO BANK AND** | : | |
| **COMPANY, WELLS FARGO BANK,** | : | |
| **NATIONAL ASSOCIATION,** | : | |
| **NATHANIEL OLAUREN CRESPO** | : | |

# <u>ORDER</u>

**AND NOW**, this 30th day of June 2022, upon considering the Wells Fargo Defendants'
Motion to dismiss (ECF Doc. No. 6), our June 21, 2022 Order-Memorandum (ECF Doc. No. 15)
granting in part the Motion and seeking the parties' reasons as to why we should retain
supplemental jurisdiction, the parties' Responses (ECF Doc Nos. 17, 19, 20), and for reasons in
the accompanying Memorandum, it is **ORDERED**:

1. We **dismiss** Plaintiff's Complaint (ECF Doc. No. 1) **without prejudice** to Plaintiff
timely re-filing her claims in state court;

2. The Wells Fargo Defendants' Motion to dismiss (ECF Doc. No. 6) is **DENIED as
moot** to the extent not granted in our June 21 Order-Memorandum (ECF Doc. No. 15); and,

3. The Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**